UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DEBORAH MOLNAR,

        Defendant,
_____/

CIVIL ACTION NO.: 14-10574

HONORABLE: George Caram Steeh

## ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant DEBORAH MOLNAR cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

IT IS ORDERED:

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

- a. [X] First class mail to 30600 Pardo St. Apt. 5, Garden City, MI 48135.
- b. [X] Certified Mail, Return Receipt Requested.
- c. [X] Tacking or firmly affixing to the door at 30600 Pardo St. Apt. 5, Garden City, MI 48135.

IT IS FURTHER ORDERED:

For each method used, proof of service must be filed promptly with the court.

_____
George Caram Steeh
United States District Judge

Dated: 5-2-14